UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jenny Yarusso

                Plaintiff,                  Civil 10-2044 (PAM/FLN)

v.

                                             **ORDER OF DISMISSAL**

Standard Insurance Company

                Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March  19  , 2011

                                                   *s/Paul A. Magnuson*
                                                   Paul A. Magnuson, Judge
                                                   United States District Court